# Exhibit 2

# Claim Chart for Verizon
## U.S. Pat. No. 8,573,986

| Claim | Evidence |
|---|---|
| (1.0) A SIM card adaptor for allowing use of a smaller format SIM card in an electronic device using a larger format SIM card, comprising: | Verizon provides the Verizon sim adapter (the "Sim Adaptor") with a Micro SIM adapter that has an adaptor body with a cutout region that receives micro SIM cards.<br><br><br><br>**Figure 1**<br><br>Source: https://www.bestbuy.com/site/verizon-sim-starter-kit/6376567.p?skuId=6376567 |

2

# Claim Chart for Verizon
## U.S. Pat. No. 8,573,986



**Figure 2**

Source: https://www.bestbuy.com/site/verizon-sim-starter-kit/6376567.p?skuId=6376567

3

**Claim Chart for Verizon**
U.S. Pat. No. 8,573,986



4

# Claim Chart for Verizon
## U.S. Pat. No. 8,573,986



**Group Figure 3**

Photographs taken on 11/13/2019 by a representative of Sharpe.

## Claim Chart for Verizon
## U.S. Pat. No. 8,573,986

| | |
|---|---|
| (1.1) an adaptor body having a cutout region defined by walls in the adaptor, the cutout region shaped to receive the Smaller format SIM card therein; ("Element 1.1") and | The Sim Adaptor satisfies all limitations of Element 1.1.<br><br>Verizon's Sim Adaptor has an adaptor body having a cutout region defined by walls in the adaptor that are shared to receive micro SIM cards. For example, the Sim Adaptor has a floor in the cutout region that provides space allowing the micro SIM card to be placed.<br><br>*See* Figs 1-2. |
| (1.2) the adaptor body sized and shaped for use in the electronic device using the larger format SIM card, and wherein the adaptor body comprises plastic and/or nylon, carbon fiber, aluminum, or similar material capable of withstanding heat levels up to at least about 200 Fahrenheit without degradation. ("Element 1.2") | The Sim Adaptor satisfies all limitations of Element 1.2.<br><br>Verizon's Sim Adaptor has a floor on the cutout region for supporting the micro SIM card. For example, Verizon sells a Sim Adaptor made of plastic or similar materials capable of withstanding heat levels up to at least 250 degrees Fahrenheit without degradation.<br><br>*See* Figs 1-2. |