IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Sharpe Innovations, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Verizon Communications Inc.,**<br><br>Defendant. | Case No. 6:21-cv-49<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock."

Dated: January 19, 2021

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff
Sharpe Innovations, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on January 19, 2021 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff